UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOYADJIAN, <br>     Plaintiff, <br>   vs. <br> WELLS FARGO BANK, N.A., et al., <br>     Defendants. <br> _____ | Case No.: 15-8874 DSF (GJSx) <br><br> JUDGMENT |

The Court having dismissed defendant Wells Fargo Bank, N.A., having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejuidce as to Wells Fargo Bank, N.A., that the action be dismissed without prejudice as to NBS Default Services, LLC, and that Wells Fargo Bank, N.A. recover its costs of suit pursuant to 28 U.S.C. § 1920.

Dated:  March 30, 2016

                                                           _____
                                                              Dale S. Fischer
                                                     United States District Judge